# UNITED STATES DISTRICT COURT

_____WESTERN_____ DISTRICT OF __NEW YORK__

BOBBIE KIDD,

          **Plaintiff(s)**          **DEFAULT**
          **v.**                        **JUDGMENT IN A CIVIL CASE**

ANGINELLE ANDREWS, RICHARD
ROY, DEAN SCHMIDT,
          **Defendant(s).**

                                                  **CASE NUMBER: 02-CV-6424 L**

☐    JURY VERDICT. THIS ACTION CAME BEFORE THE COURT FOR A TRIAL BY JURY. THE ISSUES HAVE BEEN TRIED AND THE JURY HAS RENDERED ITS VERDICT.

X    DECISION BY COURT. THIS ACTION CAME TO HEARING BEFORE THE COURT. THE ISSUES HAVE BEEN HEARD AND A DECISION HAS BEEN RENDERED.

     IT IS ORDERED AND ADJUDGED THAT DEFAULT JUDGMENT IS ENTERED AGAINST DEAN SCHMIDT ON PLAINTIFF'S FIRST THROUGH EIGHTH CAUSES OF ACTION AS TO LIABILITY ONLY.

*[FILED stamp: U.S. DISTRICT COURT W.D.N.Y. ROCHESTER, 04 OCT 14 AM 11:08]*

OCTOBER 14, 2004                         RODNEY C. EARLY
DATE                                                  CLERK

                                                            */s/ Jacqueline Lawrence*
                                                             JACQUELINE LAWRENCE
                                                             (BY) DEPUTY CLERK